**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Matthew James DURY, Defendant–Appellant.**

**No. 13–6203.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 16, 2013.

Decided: July 23, 2013.

Matthew James Dury, Appellant pro se. Donald David Gast, Assistant United States Attorney, Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew James Dury appeals the district court's order denying his motion to challenge jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dury,* No. 1:08–cr–00016–MR–1 (W.D.N.C. Jan. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*